Eric J. Farber, SBN 169472
FARBER & COMPANY ATTORNEYS, LLP
847 Sansome Street, Suite LL
San Francisco, California 94111
Telephone 415.434.5320
www.farberandco.com

**E-Filing**



Attorneys for Plaintiff:
Amaru-AWA Merchandising, Inc.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### Oakland/San Francisco Division

| | |
|---|---|
| AMARU-AWA MERCHANDISING, INC., a California Corporation,<br><br>Plaintiff,<br>vs.<br><br>HUB DISTRIBUTING, INC., a Delaware Corporation doing business as Anchor Blue; ANCHOR BLUE RETAIL GROUP a Delaware Corporation doing as Anchor Blue; and,<br><br>Does 1 to 10,<br><br>Defendants. | Case No.: C05-4861 PJH<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF ALL DEFENDANTS AND ALL CAUSES OF ACTION WITH PREJUDICE and [PROPOSED] ORDER** |

Notice is hereby given that pursuant to Federal Rule of Civil Procedure 41(a) Plaintiff hereby dismisses all defendants and all causes of action in the above entitled action with prejudice.

Dated this January 6, 2006    By:    FARBER & COMPANY ATTORNEYS, LLP

_____
Eric J. Farber, SBN 169472
847 Sansome Street, Suite LL
San Francisco, California 94111
Telephone: 415-434-5320 / Facsimile: 415-434-5380
Attorneys for Plaintiff

*Amaru-AWA Merchandising, Inc. v. Hub Distributing, Inc.*
Farber & Company Attorneys, LLP
United States District Court, Northern District of California. Case Number C05-4861 PJH
Notice of Voluntary Dismissal - 1

## ORDER
[~~PROPOSED~~]

In light of the forgoing, and good cause appearing therefore, IT IS HEREBY ORDERED THAT:

All defendants and all causes of action are hereby dismissed with prejudice.

Dated: February 1, 2006

_____
The Honorable Judge Phyllis J. Hamilton

*Amaru-AWA Merchandising, Inc. v. Hub Distributing, Inc.*
Farber & Company Attorneys, LLP
United States District Court, Northern District of California. Case Number C05-4861 PJH
Notice of Voluntary Dismissal - 2